UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:

FILIGREE WIDESLAB  Case No. 14-11950-RBR
OF FLORIDA, INC.,

    Chapter 7

    Debtor.
_____/

KENNETH WELT, as Chapter 7 Trustee
For the bankruptcy estate of FILIGREE  Adv. Pro. No. 15-01001-RBR
WIDESLAB OF FLORIDA, INC.,

    Plaintiff,

v.

FAIRBROTHER TRANSPORT, INC.,
BRET R. FAIRBROTHER,
and
ROBERT FAIRBROTHER,

    Defendants.
_____/

**TRUSTEE'S UNOPPOSED *EX PARTE* MOTION TO CONTINUE PRETRIAL
CONFERENCE AND ALL ASSOCIATED PRETRIAL DEADLINES**

Kenneth A. Welt, as Trustee of the Chapter 7 Bankruptcy Estate of Filigree Wideslab of Florida, Inc. (the "Trustee"), pursuant to Local Rule 5071-1, files this Unopposed *Ex Parte* Motion to Continue the Pretrial Conference and All Associated Pretrial Deadlines, and states as follows:

1. On January 2, 2015, the Trustee filed a Complaint [ECF NO. 1] against Fairbrother Transport, Inc. ("Fairbrother Transport"), Bret R. Fairbrother, and Robert Fairbrother (collectively referred to as the "Fairbrothers").

2. Currently the Pretrial Conference is scheduled for May 12, 2015 at 9:30AM.

3. The Defendants have yet to file a response to the Trustee's Complaint. Trustee's counsel and counsel for the Defendants have been in negotiations to resolve this case and discovery is also still ongoing. Therefore, the Trustee requests an additional 60 day continuance of the Pretrial Conference and all associated pretrial deadlines.

4. Prior to filing this motion, undersigned counsel conferred with counsel for the Defendants, who consented to the relief sought herein.

5. Pursuant to Local Rule 5005-1(G)(1)(a), a proposed order granting the requested relief is attached hereto as Exhibit "A."

WHEREFORE, Kenneth A. Welt, as Chapter 7 Trustee, respectfully request that this Court enter an order; (i) granting a 60 day continuance of the Pretrial Conference and all associated pretrial deadlines and (ii) granting such further relief that is just and proper.

Respectfully submitted,

**MARSHALL SOCARRAS GRANT, P.L.**
Attorneys for the Trustee
197 South Federal Highway, Suite 300
Boca Raton, Florida  33432
Telephone No. 561.361.1000
Facsimile No. 561.672.7581
Email:  jgrant@msglaw.com

By:  /s/ Joe M. Grant
       JOE M. GRANT
       Florida Bar No. 137758

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 8th day of May, 2015. I electronically filed this foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Filing.

By:  /s/ Joe M. Grant
JOE M. GRANT

**SERVICE LIST**

**SERVED VIA CM/ECF NOTICE:**

Brett A Elam, Esq. on behalf of Filigree Wideslab of Florida, Inc.
belam@brettelamlaw.com

Catherine E Douglas on behalf of Premium Assignment Corporation
Catherine.douglas@akerman.com

Patricia M Arias, Esq. on behalf of Universal Concrete & Ready Mix Corp
pma@pariaslaw.com

Joe M. Grant, Esq. on behalf of Plaintiff Kenneth A. Welt
jgrant@msglaw.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov